SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSTAFA SUNGUR,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ALBERTO GONZALES, U.S. Attorney General;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-2593 HRL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

  Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

Stipulation to Dismiss and Consent
C07-2593 HRL           1

without prejudice because the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: June 30, 2007  /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 28, 2007  /s/
MUSTAFA SUNGUR
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
HOWARD R. LLOYD
United States Magistrate Judge