*E-filed 7/5/07*

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSTAFA SUNGUR, | No. C 07-2593 HRL |
| Plaintiff, | |
| v. | **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS AND ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

1 without prejudice because the United States Citizenship and Immigration Services is now prepared
2 to grant Plaintiff's application for naturalization, and agrees to do so within 30 days of the
3 dismissal of this action.
4     Each of the parties shall bear their own costs and fees.

Dated: June 30, 2007                                /s/
                                               ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorney for Defendants

Dated: June 28, 2007                                /s/
                                               MUSTAFA SUNGUR
                                               *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/5/07
                                               HOWARD R. LLOYD
                                               United States Magistrate Judge